Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-446-821**

**Effective Date of Registration:**
February 21, 2025
**Registration Decision Date:**
May 27, 2025

## Title

| | |
|---|---|
| Title of Work: | All the Trees Neutral |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | November 14, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Diane Robison |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Diane Robison |
| | 4564 Victoria Circle, Provo, UT, 84604, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Diane Robison |
| Email: | dfrweb@gmail.com |
| Address: | 4564 Victoria Circle |
| | Provo, UT 84604 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | February 21, 2025 |
| Applicant's Tracking Number: | DR2025022102 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-446-820**

**Effective Date of Registration:**
February 21, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Simply Scary Pumpkins on Black

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Diane Robison
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Diane Robison
4564 Victoria Circle, Provo, UT, 84604, United States

## Rights and Permissions

**Name:** Diane Robison
**Email:** dfrweb@gmail.com
**Address:** 4564 Victoria Circle
Provo, UT 84604 United States

## Certification

**Name:** David Denholm
**Date:** February 21, 2025
**Applicant's Tracking Number:** DR2025022101

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-822

**Effective Date of Registration:**
February 21, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

**Title of Work:** Groovy Pumpkins Neutral

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 27, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Diane Robison
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Diane Robison
4564 Victoria Circle, Provo, UT, 84604, United States

## Rights and Permissions

**Name:** Diane Robison
**Email:** dfrweb@gmail.com
**Address:** 4564 Victoria Circle
Provo, UT 84604 United States

## Certification

**Name:** David Denholm
**Date:** February 21, 2025
**Applicant's Tracking Number:** DR2025022103

Page 1 of 2

